KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of Americas
New York, New York 10036
Tel: (212) 715-9100
P. Bradley O'Neill, Esq. (PO-5832)
Amy Caton, Esq. (AC-1990)

*Counsel to Appellants Choctaw/Zephyrus Lenders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| ENRON CREDITORS RECOVERY CORP., f/k/a Enron Corp. *et al.*, | Case No. 01-16034 (AJG) |
| Reorganized Debtors. | Jointly Administered |

**CHOCTAW/ZEPHYRUS LENDERS' STATEMENT OF
ISSUES AND DESIGNATION OF RECORD ON APPEAL**

Credit Suisse First Boston, Deutschebank Trust Company America, Farallon Capital Management, LLC, Goldman Sachs Credit Partners, L.P., King Street Capital L.P., Redwood Partners, and Silver Point Capital L.P., on behalf of themselves and/or funds and accounts managed or controlled by them (collectively, the "Choctaw/Zephyrus Lenders"), by and through their undersigned counsel, hereby provide, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, their (i) statement of the issues to be presented on appeal and (ii) designation of the items to be included in the record on appeal, in connection with their appeal from the Order Sustaining in Part and Overruling in Part Limited Objection of the Baupost Group and Abrams Capital to Approval of Amended Schedule S to Plan Supplement entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on July 24, 2007 (Docket No. 31141).

**I.     Statement of Issues**

1. Whether the Bankruptcy Court erred when it concluded that the EFP Claims[1] did not constitute "Senior Indebtedness" under the 1987 Indenture and thus were not entitled to the benefits of contractual subordination under the 1987 Indenture.

2. Whether the Bankruptcy Court erred when it concluded that the EFP Claims were held by a "Subsidiary" as that term is defined in the 1987 Indenture and therefore were excluded from the definition of "Senior Indebtedness" under the 1987 Indenture.

3. Whether the Bankruptcy Court erred when it concluded that EFP, a limited liability company, was a "corporation" as that term is used in the definition of "Subsidiary" in the 1987 Indenture.

4. Whether the Bankruptcy Court erred when it concluded that Enron and one or more of its Subsidiaries owned all of the voting shares of EFP for purposes of determining whether a "corporation" is a "Subsidiary" under the 1987 Indenture.

5. Whether the Bankruptcy Court erred when it concluded that the date upon which to determine the status of an entity as a "Subsidiary" for purposes of the 1987 Indenture is the date the right to payment of holders of notes under the 1987 Indenture is fixed under the Plan.

6. Whether the Bankruptcy Court erred when it concluded that the EFP Claims and the Cherokee Claims did not constitute "Senior Indebtedness" under the TOPRS Indentures and thus were not entitled to the benefits of contractual subordination under the TOPRS Indentures.

---

[1]     Capitalized terms not otherwise defined herein have the meanings set forth in the Bankruptcy Court's Opinion Regarding Limited Objection of The Baupost Group and Abrams Capital to Approval of Amended Schedule S to Plan Supplement dated May 29, 2007 (Docket No. 31034) (the "Opinion").

7. Whether the Bankruptcy Court erred when it concluded that, in order for a debt evidenced by a note to be considered "Senior Indebtedness" and thus entitled to the benefit of contractual subordination under the TOPRS Indentures, the note must be "sold for money borrowed."

8. Whether the Bankruptcy Court erred when it concluded that the plain meaning rule requires that notes must be "sold" to qualify as Senior Indebtedness and thus entitled to the benefits of contractual subordination under the TOPRS Indentures.

9. Whether the Bankruptcy Court erred when it concluded that the EFP Claims and the Cherokee Claims were not "sold for money borrowed" and therefore not "Senior Indebtedness" entitled to the benefits of contractual subordination under the TOPRS Indentures.

## II. Designation of Record

The Choctaw/Zephyrus Lenders hereby designate the following items to be included in the record on appeal, together with all exhibits, attachments, and documents incorporated by reference therein:

| Item No. | Docket. No. | Description |
|---|---|---|
| 1. | 16824 | Plan Supplement To The Fifth Amended Joint Plan Of Affiliated Debtors Pursuant To Chapter 11 Of The United States Bankruptcy Code, filed by the Debtors |
| 2. | 18341 | Motion Of Enron Corp. et al. For An Order, Pursuant To Sections 105 And 363 Of The Bankruptcy Code And Federal Rules Of Bankruptcy 2002, 3018, 6004, 9013 And 9019, Authorizing And Approving (A) The Execution, Delivery And Performance Of (1) Settlement Agreement With Respect To Choctaw Transaction And Zephyrus Transactions, (2) Liquidation Agreement With Respect To Cherokee Finance V.O.F. i.l., And (3) Redemption Agreement With Respect To Enron Finance Partners, LLC, And (B) The Consummation Of The Transactions Contemplated Thereby, filed by the Debtors |

| Item No. | Docket. No. | Description |
|---|---|---|
| 3. | 18762 | Order, Pursuant to Sections 105 And 363 Of The Bankruptcy Code And Federal Rules Of Bankruptcy Procedure 2002, 3018, 6004, 9013 And 9019, Authorizing And Approving (A) The Execution, Delivery And Performance Of (1) Settlement Agreement With Respect To Choctaw Transactions And Zephyrus Transactions, (2) Liquidation Agreement With Respect To Cherokee Finance V.O.F. i.l., And (3) Redemption Agreement With Respect To Enron Finance Partners, LLC, And (B) The Consummation Of The Transactions Contemplated Thereby |
| 4. | 19475 | Supplemental Modified Fifth Amended Joint Plan Of Affiliated Debtors Pursuant To Chapter 11 Of The United States Bankruptcy Code, filed by the Debtors |
| 5. | 19759 | Order Confirming Supplemental Modified Fifth Amended Joint Plan Of Affiliated Debtors Pursuant To Chapter 11 Of The United States Bankruptcy Code, And Related Relief |
| 6. | 23437 | Order Modifying Order Pursuant To Sections 105 And 363 Of The Bankruptcy Code And Federal Rules Of Bankruptcy Procedure 2002, 3018, 6004, 9013, And 9019, Authorizing And Approving (A) The Execution, Delivery And Performance Of (1) Settlement Agreement With Respect To Choctaw Transactions And Zephyrus Transactions, (2) Liquidation Agreement With Respect To Cherokee Finance V.O.F. i.l., And (3) Redemption Agreement With Respect To Enron Finance Partners, LLC, And (B) The Consummation Of The Transactions Contemplated Thereby |
| 7. | 23958 | Notice Of Reorganized Debtors' Election Not To Modify Schedule S Of The Plan Supplement, filed by the Debtors |
| 8. | 24506 | Notice Of Presentment Of Order Granting Motion Of Enron Corp., et al. For An Order, Pursuant To 11 U.S.C. § 105(a), In Aid Of Plan Implementation And Extending Deadline To Modify Schedule S To Plan Supplement, filed by the Debtors |
| 9. | 24878 | Order Granting Motion Of Enron Corp., et al. For An Order, Pursuant to 11 U.S.C. § 105(a), In Aid Of Plan Implementation And Extending Deadline To Modify Schedule S To Plan Supplement |
| 10. | 25131 | Order Further Modifying Orders Pursuant To Sections 105 And 363 Of The Bankruptcy Code And Federal Rules Of Bankruptcy Procedure 2002, 3018, 6004, 9013 and 9019, Authorizing And Approving (A) The Execution, Delivery And Performance Of (1) Settlement Agreement With Respect To Choctaw Transactions And Zephyrus Transactions, (2) Liquidation Agreement With Respect To Cherokee Finance V.O.F. i.l., And (3) Redemption Agreement With Respect To Enron Finance Partners, LLC, And (B) The Consummation Of The Transactions Contemplated Thereby |

KL2 2520288.1

| Item No. | Docket. No. | Description |
|---|---|---|
| 11. | 26769 | Notice Of Presentment Of Order Approving Amended Schedule S To Plan Supplement, filed by Debtors |
| 12. | 27072 | Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To Plan Supplement, filed by The Baupost Group L.L.C. and Abrams Capital L.L.C. |
| 13. | 27194 | Scheduling Order Concerning Amended Schedule S To The Plan Supplement |
| 14. | 27320 | Notice Of Modification And Correction Of Baupost/Abrams' Limited Objection To Approval Of Amended Schedule S To Plan Supplement, filed by The Baupost Group L.L.C. And Abrams Capital L.L.C. |
| 15. | 27444 | Transcript of September 1, 2005 status conference in connection with the Baupost/Abrams Limited Objection |
| 16. | 27467 | Response Of John Hancock Life Insurance Company To Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To Plan Supplement, filed by John Hancock Life Insurance Company |
| 17. | 27475 | Response Of Bayerische Hypo-Und Vereinsbank AG In Opposition To The Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To Plan Supplement, filed by Bayerische Hypo-Und Vereinsbank AG |
| 18. | 27477 | Response And Opposition To The Limited Objection Of The Baupost Group And Abrams Capital To The Approval Of Amended Schedule S To Plan Supplement, filed by WestLB AG, New York Branch |
| 19. | 27482 | Opposition Of JPMorgan Chase Bank, N.A. To The Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To Plan Supplement, filed by JPMorgan Chase Bank |
| 20. | 27483 | Joinder To Opposition Of JPMorgan Chase Bank, N.A. To The Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To Plan Supplement, filed by Choctaw/Zephyrus Holders |
| 21. | 27487 | Limited Response Of ABN Amro Bank N.V. To The Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To Plan Supplement, filed by ABN Amro Bank N.V. |
| 22. | 27488 | Joinder To Opposition Of JPMorgan Chase Bank, N.A. To The Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To Plan Supplement, filed by Farallon Capital Management, LLC |

KL2 2520288.1

| Item No. | Docket. No. | Description |
|---|---|---|
| 23. | 27505 | Notice Of Filing Exhibits To Opposition Of JPMorgan Chase Bank, N.A. To The Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To Plan Supplement, filed by JPMorgan Chase Bank, N.A. |
| 24. | 27539 | Omnibus Reply Of The Baupost Group And Abrams Capital To Responses To Schedule "S" Limited Objection (Intercompany Claims), filed by The Baupost Group L.L.C. and Abrams Capital L.L.C. |
| 25. | 27541 | Omnibus Reply Of The Baupost Group And Abrams Capital To Responses To Schedule "S" Limited Objection (Letter Of Credit Claims), filed by The Baupost Group L.L.C. and Abrams Capital L.L.C. |
| 26. | 27560 | Response And Objection To The Limited Objection Of The Baupost Group And Abrams Capital To The Approval Of Amended Schedules To Plan Supplement, filed by American Express Bank Ltd. |
| 27. | 27579 | Reorganized Debtors' Limited Response To Limited Objection Of The Baupost Group and Abrams Capital To Approval Of Amended Schedule S To Plan Supplement And Responses Thereto Filed By Other Claimants, filed by the Debtors |
| 28. | 27803 | Notice Of Second Modification Of Baupost/Abrams' Limited Objection To Approval Of Amended Schedule S To Plan Supplement, filed by The Baupost Group L.L.C. and Abrams Capital L.L.C. |
| 29. | 28149 | Transcript of October 20, 2005 hearing in connection with the Baupost/Abrams Limited Objection |
| 30. | 31034 | Opinion Regarding Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To Plan Supplement |
| 31. | 31073 | Notice Of Hearing and The Reorganized Debtors' Motion To Clarify The Opinion Regarding The Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To The Plan Supplement, filed by the Debtors |
| 32. | 31107 | Response Of The Baupost Group, L.L.C. And Abrams Capital, LLC To Reorganized Debtors' Motion To Clarify The Opinion Regarding The Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To The Plan Supplement, filed by The Baupost Group L.L.C. and Abrams Capital L.L.C. |
| 33. | 31108 | Notice Of Publication Of Preliminary Claims Analysis With Respect To Amended Schedule S To Plan Supplement (As May Be Modified Based On The Court's May 2007 Opinion), filed by the Debtors |

KL2 2520288.1

| Item No. | Docket. No. | Description |
|---|---|---|
| 34. | 31111 | Response Of Certain Uncontested Senior Claimholders To Reorganized Debtors' Motion To Clarify The Opinion Regarding The Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To The Plan Supplement, filed by Uncontested Senior Claimholders |
| 35. | 31116 | Minutes of Proceedings relating to the July 12, 2007 hearing on Debtors' motion to clarify (Docket No. 31073) |
| 36. | 31141 | Order Sustaining In Part And Overruling In Part Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To Plan Supplement |
| 37. | 31182 | Notice Of Appeal, filed by JPMorgan Chase Bank, N.A. |
| 38. | 31199 | Notice Of Appeal, filed by Choctaw/Zephyrus Lenders |
| 39. | Requested | Transcript of July 12, 2007 hearing in connection with Debtors' motion to clarify the Bankruptcy Court's Opinion |

Dated:   August 23, 2007

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By /s/ Amy Caton
  Amy Caton, Esq. (AC-1990)
  P. Bradley O'Neill, Esq. (PO-5832)
1177 Avenue of the Americas
New York, New York 10036
Tel:  (212) 715-9100

*Counsel to Appellants Choctaw/Zephyrus Lenders*

KL2 2520288.1