# **EXHIBIT 3**

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800
Sarah Reid, Esq. (SR-4603)
Alison L. MacGregor, Esq. (AM-0481)

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of Americas
New York, New York 10036
Tel: (212) 715-9100
P. Bradley O'Neill, Esq. (PO-5832)
Amy Caton, Esq. (AC-1990)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| ENRON CREDITORS RECOVERY CORP., f/k/a Enron Corp. *et al.*, | Case No. 01-16034 (AJG) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that JP Morgan Chase Bank, N.A. ("JPMC"), as agent, hereby appeals to the United States District Court for the Southern District of New York from an order (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York on the 24th day of July, 2007, Sustaining in Part and Overruling in Part Limited Objection of the Baupost Group and Abrams Capital to Approval of Amended Schedule S to Plan Supplement.

The parties to the Order appealed from are the Debtors in these cases, JPMC, Farallon Capital Management, LLC ("Farallon"), Redwood Partners ("Redwood"), Silver Point

Capital, L.P. ("Silver Point"), King Street Capital, L.P. ("King Street"), Bear Stearns & Co., Inc. ("Bear Stearns"), Credit Suisse First Boston ("CSFB"), Deutschebank Trust Company America ("Deutschebank"), Fortress Capital Management ("Fortress"), Goldman Sachs Credit Partners, L.P., ("Goldman"), John Hancock Life Insurance Company ("John Hancock"), Bayerische Hypo-Und Vereinsbank AG ("HVB"), ABN Amro Bank, N.V. ("ABN Amro"), American Express Bank Ltd. ("American Express"), The Baupost Group LLC ("Baupost") and Abrams Capital ("Abrams").

The names and address of the attorneys for the Debtors are:

Martin J. Bienenstock, Esq.
Bryan S. Rosen, Esq.
Sylvia Ann Mayer, Esq.
WEIL GOTSHAL & MANGES
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

The names and address of the attorneys for JPMC are:

Sarah Reid, Esq.
Alison L. MacGregor, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

and

P. Bradley O'Neill, Esq.
Amy Caton, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of Americas
New York, New York 10036
(212) 715-9100

The names and address of the attorneys for Baupost and Abrams are:

Isaac M. Pachulski, Esq.
Eric D. Winston, Esq.

Nathan A. Schultz, Esq.
STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
(310) 228-5600

The names and address of the attorneys for John Hancock are:

Michael E. Wiles, Esq.
James B. Roberts, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

The names and address of the attorneys for HVB are:

Robin E. Keller, Esq.
Brian M. Cogan, Esq.
STROOCK & STOOCK & LAVAN
180 Maiden Lane
New York, New York 10038
(212) 506-5400

The names and address of the attorneys for ABN Amro are:

Kenneth Pasquale, Esq.
Erez Gilad, Esq.
STROOCK & STOOCK & LAVAN
180 Maiden Lane
New York, New York 10038
(212) 506-5400

The names and address for the attorneys for Farallon, Redwood, Silver Point, King Street, Bear Stearns, CSFB, Deutschebank, Fortress, and Goldman are:

P. Bradley O'Neill, Esq.
Amy Caton, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of Americas
New York, New York 10036
(212) 715-9100

The name and address of the attorney for American Express is:

David Blejwas, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200

Dated: August 3, 2007

KELLEY DRYE & WARREN LLP

By: /s/ Alison L. MacGregor
Sarah Reid, Esq. (SR-4603)
Alison L. MacGregor, Esq. (AM-0481)
101 Park Avenue
New York, NY 10178
(212) 808-7800

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of Americas
New York, New York 10036
Tel: (212) 715-9100
P. Bradley O'Neill, Esq. (PO-5832)
Amy Caton, Esq. (AC-1990)

4