UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| ENRON CREDITORS RECOVERY CORP. : | |
| f/k/a Enron Corp. *et al.* : | Case No. 01-16034 |
| : | |
| Reorganized Debtors. : | Jointly Administered |
| : | |
| JPMORGAN CHASE BANK, N.A., CREDIT : | |
| SUISSE FIRST BOSTON, DEUTSCHEBANK : | |
| TRUST COMPANY AMERICAS, FARALLON : | |
| CAPITAL MANAGEMENT, LLC, KING STREET: | |
| CAPITAL L.P., REDWOOD PARTNERS, : | |
| SILVER POINT CAPITAL L.P. : | |
| : | |
| Appellants, : | |
| : | Appeal |
| v. : | |
| : | Case No.  07-7757-CM |
| THE BAUPOST GROUP, LLC, ABRAMS : | 07-7941-CM |
| CAPITAL, LLC and ENRON CREDITORS : | |
| RECOVERY CORP., *et al.* : | |
| : | |
| Appellees. : | |

## NOTICE

**PLEASE TAKE NOTICE** that attached hereto are Exhibits 11 through 23 to

Appellants' Appendix filed in connection with the above-captioned Appeals.

Dated: October 5, 2007

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                            By  /s/ P. Bradley O'Neill
                                                P. Bradley O'Neill, Esq.
                                                Amy Caton, Esq.
                                                Daniel M. Eggermann, Esq.
                                                1177 Avenue of the Americas
                                                New York, New York 10036
                                                Tel:  (212) 715-9100

*Counsel to JP Morgan Chase Bank, N.A. and Choctaw/Zephyrus Appellants*

and

KELLEY DRYE & WARREN LLP
Sarah Reid, Esq.
Alison MacGregor, Esq.
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800

*Counsel to JP Morgan Chase Bank, N.A.*