SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

**Enron Creditors Recovery Corp., debtor.**

Chapter 11
Case No. 01-B-16034(AJG)

**Choctaw/Zephyrus Lenders, Appellant**

07-cv-07941-RJH

v.

**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

**Baupost Group/Abrams Capital, Appellees**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew J. Gold, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Isaac M. Pachulski |
| Firm's Name: | Stutman, Treister & Glatt Professional Corporation |
| Address: | 1901 Avenue of the Stars, 12th Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Phone Number: | 310-228-5600 |
| Fax Number: | 310-228-5788 |
| Email Address: | ipachulski@stutman.com |

Isaac M. Pachulski, is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Isaac M. Pachulski in any state or Federal Court.

Dated: October 11, 2007
City, State: New York, New York

Respectfully submitted,

*/s/ Matthew J. Gold*

Matthew J. Gold (SDNY Bar No. MJG 7326)
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue, 18th Floor
New York, NY 10176
Telephone Number: 212-880-9827/
Fax Number: 212-986-8866
Email: mgold@kkwc.com

SDNY Form Web 10/2006

MGOLD\124169.2 - 10/10/07

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

**Enron Creditors Recovery Corp., Debtor.**

Chapter 11
Case No. 01-B-16034(AJG)

**Choctaw/Zephyrus Lenders, Appellants**

v.

**Baupost Group/Abrams Capital, Appellees**

07-cv-07941-RJH

**DECLARATION OF MATTHEW J. GOLD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Matthew J. Gold, hereby declare:

1. I am Of Counsel to the law firm of Kleinberg, Kaplan, Wolff & Cohen P.C. in the above captioned case. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Isaac M. Pachulski ("Mr. Pachulski") as counsel *pro hac vice* to represent The Baupost Group L.L.C. and Abrams Capital L.L.C. in this matter

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York. I am in good standing with this Court.

3. I have known Mr. Pachulski for approximately eighteen months.

4. Mr. Pachulski is a shareholder at the law firm of Stutman, Treister & Glatt Professional Corporation located at 1901 Avenue of the Stars, 12th Floor, Los Angeles, California.

5. I have found Mr. Pachulski to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Mr. Pachulski is a member in good standing of the Bar of the State of California, the United States District Courts for the Central, Eastern, Northern and Southern Districts of California, the United States Courts of Appeal for the First Third, Ninth and Eleventh Circuits, and the Supreme Court of the United States. A Certificate of Good Standing for Mr. Pachulski from the United States District Court for the Central District of California is attached hereto as Exhibit A.

7.  Accordingly, I am pleased to move for the admission of Mr. Pachulski, *pro hac vice*.

8.  I respectfully submit a proposed form of order granting the admission of Mr. Pachulski, *pro hac vice*, which is attached hereto as Exhibit B.

9.  I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

WHEREFORE it is respectfully requested that the motion to admit Isaac M. Pachulski, *pro hac vice*, to represent Appellees in the above-captioned matter, be granted.

Executed on October \_\_\_, 2007
New York, New York

_____
Matthew J. Gold
S.D.N.Y. Bar Code: MJG 7326

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Issac M. Pachulski, Bar No. 62337

was duly admitted to practice in this Court on   December 20, 1974

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on October 4, 2007
*DATE*



SHERRI CARTER, CLERK

By Brenda J. Brannon
Brenda Brannon, Deputy Clerk

G-52 (2/99)(Rev. AO 136)   CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

Enron Creditors Recovery Corp., debtor.

Chapter 11
Case No. 01-B-16034(AJG)

Choctaw/Zephyrus Lenders, Appellant

v.

Baupost Group/Abrams Capital, Appellees

07-cv-07941-RJH

MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew J. Gold, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Eric D. Winston |
| Firm's Name: | Stutman, Treister & Glatt Professional Corporation |
| Address: | 1901 Avenue of the Stars, 12th Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Phone Number: | 310-228-5600 |
| Fax Number: | 310-228-5788 |
| Email Address: | ewinston@stutman.com |

Eric D. Winston, is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Eric D. Winston in any state or Federal Court.

Dated:   October 11, 2007
City, State:  New York, New York

Respectfully submitted,

*[signature]*

Matthew J. Gold (SDNY Bar No. MJG 7326)
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue, 18th Floor
New York, NY 10176
Telephone Number: 212-880-9827/
Fax Number: 212-986-8866
Email:  mgold@kkwc.com

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

**Enron Creditors Recovery Corp., Debtor.**

**Chapter 11**
**Case No. 01-B-16034(AJG)**

**Choctaw/Zephyrus Lenders, Appellants**

v.

**Baupost Group/Abrams Capital, Appellees**

07-cv-07941-RJH

**DECLARATION OF MATTHEW J. GOLD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Matthew J. Gold, hereby declare:

1. I am Of Counsel to the law firm of Kleinberg, Kaplan, Wolff & Cohen P.C. in the above captioned case. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Eric D. Winston ("Mr. Winston") as counsel *pro hac vice* to represent The Baupost Group L.L.C. and Abrams Capital L.L.C. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York. I am in good standing with this Court.

3. I have known Mr. Winston for approximately six months.

4. Mr. Winston is a shareholder at the law firm of Stutman, Treister & Glatt Professional Corporation located at 1901 Avenue of the Stars, 12th Floor, Los Angeles, California.

5. I have found Mr. Winston to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

6. Mr. Winston is a member in good standing of the Bar of the State of California, the United States District Courts for the Central, Eastern, Northern and Southern Districts of California, and the United States Courts of Appeal for the Third, Ninth and Tenth Circuits. A Certificate of Good Standing for Mr. Winston from the United States District Court for the Central District of California is attached hereto as Exhibit A.

7. Accordingly, I am pleased to move for the admission of Mr. Winston, *pro hac vice*.

8. I respectfully submit a proposed form of order granting the admission of Mr. Winston, *pro hac vice*, which is attached hereto as Exhibit B.

9. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

WHEREFORE it is respectfully requested that the motion to admit Eric D. Winston, *pro hac vice*, to represent Appellees in the above-captioned matter, be granted.

Executed on October 11, 2007
New York, New York

Matthew J. Gold
S.D.N.Y. Bar Code MJG 7326

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Eric D. Winston, Bar No. 202407

was duly admitted to practice in this Court on  December 1, 1999

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on October 4, 2007
  *DATE*



SHERRI R. CARTER, CLERK

By Brenda Brannon
Brenda Brannon, Deputy Clerk

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

**Enron Creditors Recovery Corp., debtor.**

**Chapter 11**
**Case No. 01-B-16034(AJG)**

**Choctaw/Zephyrus Lenders, Appellant**

v.

**Baupost Group/Abrams Capital, Appellees**

**07-cv-07941-RJH**

**CERTIFICATE OF SERVICE**

I, Marc R. Rosen, counsel at Kleinberg, Kaplan, Wolff & Cohen, P.C., hereby certify that, on October 12, 2007, I caused the Motion To Admit Counsel *Pro Hac Vice* dated October 11, 2007 (relating to Isaac M. Pachulski), the Motion To Admit Counsel *Pro Hac Vice* dated October 11, 2007 (relating to Eric D. Winston), the Declaration of Matthew J. Gold in Support of Motion To Admit Counsel *Pro Hac Vice* executed on October 11, 2007 (relating to Isaac M. Pachulski) and attached exhibit, the Declaration of Matthew J. Gold in Support of Motion To Admit Counsel *Pro Hac Vice* executed on October 11, 2007 (relating to Eric D. Winston) and attached exhibit, the Proposed Order for Admission *Pro Hac Vice* on Written Motion (relating to Isaac M. Pachulski), and the Proposed Order for Admission *Pro Hac Vice* on Written Motion (relating to Eric D. Winston), to be served upon the following addresses by United States first-class mail delivery:

> Sarah Reid, Esq.
> Alison L. MacGregor, Esq.
> KELLEY DRYE & WARREN LLP
> 101 Park Avenue
> New York, NY 10178
>
> P. Bradley O'Neill, Esq.
> Amy Caton, Esq.
> KRAMER LEVLN NAFTALTS & FRANKEL LLP
> 1177 Avenue of Americas
> New York, New York 10036

Martin J. Bienenstock, Esq.
Bryan S. Rosen, Esq.
Sylvia Ann Mayer, Esq.
WEIL GOTSHAL & MANGES
767 Fifth Avenue
New York, New York 10153

Michael E. Wiles, Esq.
James B. Roberts, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

Robin E. Keller, Esq.
Brian M. Cogan, Esq.
STROOCK & STOOCK & LAVAN
180 Maiden Lane
New York, New York 10038

Kenneth Pasquale, Esq.
Erez Gilad, Esq.
STROOCK & STOOCK & LAVAN
180 Maiden Lane
New York, New York 10038

P. Bradley O'Neill, Esq.
Amy Caton, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of Americas
New York, New York 10036

David Blejwas, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022

Dennis J. Drebsky, Esq
NIXON PEABODY, LLP
437 Madison Avenue
New York, New York 10022

Dated: October 12, 2007

_____
Marc R. Rosen