Case Nos. 07-7757(CM) and 07-7941(CM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In re:* ENRON CREDITORS RECOVERY CORP., f/k/a Enron Corp., *et al.*

*Debtors.*

---

JPMORGAN CHASE BANK, N.A., CREDIT SUISSE FIRST BOSTON, DEUTSCHEBANK TRUST COMPANY AMERICAS, FARALLON CAPITAL MANAGEMENT, LLC, KING STREET CAPITAL L.P., REDWOOD PARTNERS, SILVER POINT CAPITAL L.P.,

*Appellants,*

-against-

THE BAUPOST GROUP, LLC, ABRAMS CAPITAL, LLC, ENRON CREDITORS RECOVERY CORP., f/k/a Enron Corp., *et al.,*

*Appellees.*

---

*Appeal from the United States Bankruptcy Court for the Southern District of New York, Case No. 01-16034 (Jointly Administered)*

---

**APPELLEES' APPENDIX**

---

STUTMAN TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
(310) 228-5600
Isaac M. Pachulski, Esq.
Eric D. Winston, Esq.
Nathan A. Schultz, Esq.

*Counsel for Appellees*
*The Baupost Group, LLC and Abrams Capital, LLC*

465851 v.1

The Baupost Group, LLC and Abrams Capital, LLC (collectively, the "Appellees"), appellees in the above-captioned appeal, respectfully submit this Appendix in support of their brief in response to the Opening Brief submitted by the above-captioned appellants

| ITEM TAB NUMBER | ITEM |
|---|---|
| A. | Loan Agreement, dated November 15, 1993, between Enron Corp. and Enron Capital LLC |
| B. | Loan Agreement, dated August 3, 1994, between Enron Corp. and Enron Capital Resources, L.P. |
| C. | Opposition of JPMorgan Chase Bank, N.A. To The Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To Plan Supplement (excluding exhibits thereto) |
| D. | Joinder To Opposition of JPMorgan Chase Bank, N.A. To The Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To Plan Supplement [filed by Choctaw/Zephyrus Appellants] |
| E. | Transcript of October 20, 2005 hearing in connection with the Baupost/Abrams Limited Objection [entire transcript] |

465851v.1