SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice Motion on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

In re

Enron Creditors Recovery Corp., debtor.

Chapter 11
Case No. 01-B-16034(AJG)

Choctaw/Zephyrus Lenders, Appellant

07-cv-07941-RJH

v.

ORDER FOR ADMISSION
*PRO HAC VICE* ON WRITTEN MOTION

Baupost Group/Abrams Capital, Appellees

Upon the motion of Matthew J. Gold, and said sponsor attorney's declaration in support:

**IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | Eric D. Winston |
| Firm's Name: | Stutman, Treister & Glatt Professional Corporation |
| Address: | 1901 Avenue of the Stars, 12th Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Phone Number: | 310-228-5600 |
| Fax Number: | 310-228-5788 |
| Email Address: | ewinston@stutman.com |

is admitted to practice *pro hac vice* as counsel for The Baupost Group L.L.C. and Abrams Capital L.L.C. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: ~~October~~ November 6, 2007
City, State: New York, New York

_____
United States District Judge

SDNY Form Web 10/2006

MGOLD\124173.2 - 10/10/07