**Case Nos. 07-7757 (CM) and 07-7941 (CM)**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

*In re:* ENRON CREDITORS RECOVERY CORP., f/k/a Enron Corp., *et al.*,

*Debtors.*

---

JPMORGAN CHASE BANK, N.A., CREDIT SUISSE FIRST BOSTON, DEUTSCHEBANK TRUST COMPANY AMERICAS, FARALLON CAPITAL MANAGEMENT, LLC, KING STREET CAPITAL L.P., REDWOOD PARTNERS, SILVER POINT CAPITAL L.P.,

*Appellants*,

–against–

THE BAUPOST GROUP, LLC, ABRAMS CAPITAL, LLC, ENRON CREDITORS RECOVERY CORP., f/k/a Enron Corp., *et al.*,

*Appellees.*

---

*Appeal from the United States Bankruptcy Court for the Southern District of New York, Case No. 01-16034 (Jointly Administered)*

**APPELLANTS' SUPPLEMENTAL APPENDIX**

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | KELLEY DRYE & WARREN LLP |
| 1177 Avenue of Americas | 101 Park Avenue |
| New York, New York 10036 | New York, New York 10178 |
| (212) 715-9100 | (212) 808-7800 |
| P. Bradley O'Neill, Esq. | Sarah L. Reid, Esq. |
| Amy Caton, Esq. | Alison L. MacGregor, Esq. |
| | |
| *Counsel for Appellants JPMorgan Chase Bank, N.A. and Choctaw/Zephyrus Appellants* | *Counsel for Appellants JPMorgan Chase Bank, N.A.* |

## TABLE OF CONTENTS

**Document**                                                                                                                                                                                                                                                       **Tab**

Response Of The Baupost Group, L.L.C. And Abrams Capital, LLC To Reorganized Debtors' Motion To Clarify The Opinion Regarding The Limited Objection Of The Baupost Group And Abrams Capital To Approval Of Amended Schedule S To The Plan Supplement, filed by the Baupost Group L.L.C. and Abrams Capital L.L.C (Docket No. 31107) ................................................................................................1